**John Lee SINCOX, (Edwin Charles Sincox, et al, substituted in the place and stead of John Lee Sincox, deceased,) Plaintiffs, Appellants,**

v.

**Murphy BLACKWELL, Jr., et al., Defendants, Appellees.**

No. 81–3545
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 16, 1982.

John C. Holleman, New Iberia, La., Gachassin & Capretz, Lafayette, La., for plaintiffs, appellants.

Blackwell, Chambliss, Hobbs & Henry, George Lawrence Arbour, West Monroe, La., Hayes, Harkey, Smith & Cascio, Joseph D. Cascio, Jr., Monroe, La., for defendants, appellees.

Before BROWN, POLITZ and WILLIAMS, Circuit Judges.

BY THE COURT:

Following the death of John Lee Sincox and the substitution of parties-plaintiff, this dispute was resolved and the appeal was dismissed. Accordingly, the planned certification to the Louisiana Supreme Court, as set forth in our opinion, 672 F.2d 423, proceeds no further and this matter is concluded.